IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DWIGHT HENRY CANVANESS,     §
     §
    Plaintiffs,     §
     §
v.     §    Civil Action No. 3:25-cv-03197-E-BN
     §
160TH JUDICIAL DISTRICT COURT     §
*et al.*,     §
     §
    Defendants.     §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 29).

Accordingly, it is **ORDERED** Plaintiffs' claims against Defendants Capital One NA and Discover Bank are **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**SO ORDERED** this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE