**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DWIGHT HENRY CAVANESS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-3197-E-BN** |
| | § | |
| **160TH JUDICIAL DISTRICT COURT** | § | |
| **Et al** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 22).

Accordingly, the Court **GRANTS** Defendants' Motions to Dismiss (ECF No. 17, 20, 22).

**SO ORDERED** this **May 26, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE